UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> MARK SHANE GRIFFIS, </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | CAUSE NO. 1:13-cr-0091-WTL-MJD </br> </br> - 01 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Mark Shane Griffis' supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of thirty-three (33) months in the custody of the Attorney General, with no supervised release to follow.

SO ORDERED this 21st day of August, 2014.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Parole and Probation

U. S. Marshal